# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2017-0384, <u>Deborah Cadman v. State of New Hampshire & a.</u>, the court on March 6, 2018, issued the following order:**

Having considered the briefs, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Deborah Cadman, appeals an order of the Superior Court (<u>McNamara</u>, J.) dismissing her declaratory judgment action against the defendants, the State of New Hampshire and the New Hampshire Board of Medicine (board), because she lacked standing pursuant to <u>Petition of Lath</u>, 169 N.H. 616, 623 (2017). The plaintiff contends that: (1) <u>Lath</u> does not control; (2) she has an individualized interest in the appeal; and (3) the board erroneously applied a five-year statute of limitations to her prior complaint to it. <u>Compare</u> RSA 332-G:9, I (2017) <u>with</u> RSA 329:17, XII (2017).

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>. Because we uphold the trial court's determination that the plaintiff lacks standing, we need not address her other arguments.

<u>Affirmed</u>.

Hicks, Lynn, Bassett, and Hantz Marconi, JJ., concurred.

**Eileen Fox,
Clerk**